(17 App. Div. 327.)

## FURBUSH v. CLARKSON et al.

(Supreme Court, Appellate Division, First Department. May 7, 1897.)

COURTS—JURISDICTION—NONRESIDENT PARTIES.
An action on contract may be brought in New York, though both plaintiff and defendant are nonresidents.

Appeal from special term, New York county.

Action by Charles A. Furbush against James S. Clarkson and others. From an order setting aside the services of summons, and dismissing the complaint, plaintiff appeals. Reversed.

Argued before VAN BRUNT, P. J., and RUMSEY, WILLIAMS, PATTERSON, and PARKER, JJ.

J. E. Ackley, for appellant.
Jas. McNaught, for respondents.

RUMSEY, J. The defendants appeared specially in this case, for the purpose of moving to set aside service of summons, and to dismiss the complaint, solely upon the ground that, all the parties being residents of the state of Pennsylvania, the courts of this state would not take jurisdiction of an action for breach of a contract between them; and the motion was granted for that reason only. This is not the law. It is settled that the courts of this state will entertain jurisdiction of an action on contract, although both the plaintiff and the defendant are nonresidents. Smith v. Crocker, 14 App. Div. 245, 43 N. Y. Supp. 427.

The order should be reversed, with $10 costs and disbursements, and motion denied, with $10 costs. All concur.